

# Munster High School Student Handbook

## 2013-2014



Munster High School
8808 Columbia Avenue
Munster, Indiana 46321
(P) 219.836.3200
(F) 219.836-3203



EXHIBIT 1

## PART V ATHLETIC, CO-CURRICULAR AND EXTRACURRICULAR ACTIVITIES

### PROPOSED NEW SCHOOL SPONSORED CLUB AND/OR ACTIVITY
Requests for a new club or activity should be submitted to the principal by February 1 and contain the following:
- Persons in charge (STM employee)
- Purpose and rationale
- By-laws and constitution
- Intended outcomes for students
- Participation
- Plan of operation
- Costs

The principal will review each request and either reject or approve the proposal for the following school year.

### ATHLETICS
Munster High School is recognized as having one of the outstanding athletic programs in Indiana. Our boys and girls interscholastic programs have ranked very highly in the IHSAA state competitions and have won eleven team state titles and four dance titles. Many of our athletes have won individual state championships. Munster High School has had the distinct honor of having nine of its student athletes named as I.H.S.A.A. Mental Attitude Award recipients. Munster's athletic teams have been very successful in conference competition as both girls and boys have won the Conference All Sports Trophy many times. Munster High School is a member of the Indiana High School Athletic Association and participates in the *Northwest Crossroads Conference* There are individual and team competitions for boys and girls in the following sports:

Boys: baseball, basketball, cross-country, football, golf, soccer, swimming, tennis, track, wrestling

Girls: basketball, cheerleading, cross-country, golf, pompons, softball, soccer, swimming, tennis, track, volleyball

### ACADEMIC COMPETITION TEAM
The Munster High School Academic Competition Team is composed of student's in grades 9-12 who desire to compete scholastically in one or more areas of interest against other Indiana schools in a number of academic competitions. Currently the team competes in JETS, Academic Super Bowl (which consists of squads in English, social studies, math, science, fine arts, and interdisciplinary), Spell Bowl, Science Olympiad and Envirothon. The team has had state qualifying teams in JETS and Science Olympiad each year since 1992. The JETS team has also qualified to advance to the national competition each of these years. The Science Super Bowl squad won the state championship in 2001 and the Mathematics Super Bowl squad won the state championship in 1988 and was the state runner-up in 1999. The Spell Bowl team was a state qualifier in 2003 and 2004. All club members are expected to participate in fund-raisers and at least one of the competitions during the school year. Students can earn Honor Society points for participation in this club.

### AMERICAN SIGN LANGUAGE CLUB
Students who are taking American Sign Language (ASL), or desirous of understanding more about deaf culture should join this club. Each year we sponsor a holiday giving project to a family from our Deaf community. In addition to speakers and parties we plan field trips to interpreted performance presentations.

### ART CLUB
The purpose of the art club is to provide an outlet for students to exercise their artistic talent in order to beautify the school, to express creativity and most importantly to have fun. Student projects include painting birdhouses for Habitat for Humanity, a "make art" pizza party and fieldtrips. The art club hosts an annual student art exhibit with support from the Booster club.

## AUDITORIUM STAFF

The Auditorium Staff's purpose is to provide a well trained student staff, under the direction of the Auditorium Director, to service the various needs of the auditorium/theater facility users, whether they are within the school system, or outside commercial/community users. Because the Auditorium Director can actually supervise and participate in a limited number of functions during shows, by using effective student leadership, he can oversee many more functions, plus provide students with good technical theater and leadership opportunities. Auditorium Staff members work in several fields of service which include: Technical, Stage, and House.

TECHNICAL
This field includes two major areas: Lighting and Sound/video work. In lighting, the student learns basic housekeeping of the lights to setting-up for various concerts, to actually design for more complex productions. In sound, they learn microphone placement, mixer operation, and wireless microphone operation, and good sound technique. Also, sound learns recording techniques of live performances, plus working with video equipment.

STAGE
These students learn operation of counterweight system, curtain, scenic and people movement. Also, they learn to police and secure stage areas during performances, and check stage after productions for future readiness. They must set-up the stage with proper equipment and effectively move this equipment as needed for each production.

HOUSE
These students are the first link with the public, acting as ushers, box office staff, and concession functions of a show. The concession stand, which is used to finance the Staff awards program, is run during all feasible shows. The house crew will check the auditorium to make certain that it is clean, carpet is swept, and areas roped-off or reserved as needed. Also they will handle any incident or emergency in the audience that may arise during the performance.

The achievements of the Auditorium Staff are celebrated at the EQUUS AWARDS ceremony at the end of the school year. Website: www.munaud.org.

## BAND

The band program is composed of the Marching Mustangs, concert band, wind ensemble, jazz ensemble, jazz lab band, pep band, and small ensembles. Band members are active in field show performances; community performances; professional football game performances; district and state solo and ensemble festivals; honor band festivals; basketball games; and concert and jazz band festivals. The Munster High School Bands have received national awards at the Sugar Bowl, Peach Bowl, and Gator Bowl Festivals; consistent Superior ratings at the ISSMA solo and ensemble contest, ISSMA jazz contest, and ISSMA Organization contest (8th in the state in 1997); and Grand Champion Band Awards at the Chicago Labor Day Parade and the Sycamore Pumpkin Parade, the largest band parade event in the Midwest.

## BEST BUDDIES

The mission of Best Buddies is to establish a global volunteer movement that creates opportunities for one-to-one friendships, integrated employment, and leadership development for people with intellectual and developmental disabilities (IDD). This will be done at Munster High School by matching students with and without intellectual disabilities in mutually enriching one-to-one friendships.

## CHESS CLUB

The Munster High School chess team is composed of students in grades 9-12 who desire to compete using their talents and problem solving skills through the competitive game of chess.

## CHORAL

Munster High School has two select choral ensembles, Mixed Ensemble and Women's Ensemble. Membership is by audition with the choral director at the beginning of the school year. Membership in a school-day choir is strongly encouraged, although not a strict requirement. It should be understood that it is a privilege to be in an Ensemble, and that students are responsible for regular attendance at rehearsals and performances. It is within the discretion of the choral director to remove or replace students who fail to uphold their responsibilities with regard to their membership in Ensembles. These groups perform at the holiday season for numerous civic and social groups throughout the Calumet area.

In addition, Ensembles are a regular part of the choral program and perform at all choral concerts, as well as participate in both District and State ISSMA Solo & Ensemble Festivals.

## CIVICS CLUB
The civics club will educate current students in the voting process and current political issues. One goal of the civics club is to increase the number of local voters within the club and region. It will also prepare members to have a strong civic commitment to the community and the country as a whole.

## CLASS EXECUTIVE COUNCIL (CEC)
### Freshmen CEC
The freshmen CEC members assist the Student Council with Homecoming Spirit Week and putting together a homecoming t-shirt. The Council may also hold fund-raisers as necessary in order to defer costs for future Homecoming floats and for putting on the Prom during their junior year.

### Sophomore CEC
The sophomore CEC organizes a float and spirit truck for the homecoming parade and participates in the pep rally. They also develop homecoming t-shirts as part of Spirit Week. There are also several fund-raising projects to help pay for the junior-senior prom when the sophomores become juniors.

### Junior CEC
The junior class enters a float in the annual Homecoming parade and events, as well as participates in the Homecoming pep rally. In addition, the junior class is responsible for hosting and decorating the junior-senior prom. Consequently, there are several fund-raising projects.

### Senior CEC
For the senior CEC, the three main activities involve organizing the Homecoming float, planning for the senior banquet, and selection of a class gift to the school. Fund-raising during the senior year is dependent upon what type of gift the CEC chooses. Typically, the senior class has one or two fund-raisers.

## COLOR GUARD
This group complements the band with their colorful appearance and precision movements. Tryouts are held in the spring.

## DECA
DECA is a student-centered organization whose program of leadership and personal development is designed for students enrolled in marketing classes. Activities include field trips, fund raising projects, leadership workshops, and an opportunity to compete at the local, state, and national level in marketing contests.

## FRENCH CLUB
All students interested in "things French" are welcome to join the French Club. We have a French cheese party, a Christmas party, a Mardi gras celebration, various French food fests, and a French picnic in May. We also take field trips, such as the French program at "Christmas Around the World" in Chicago, a French restaurant, and special French cultural events each year.

## GERMAN CLUB
This club is for students who are taking German and those interested in the German language and culture. The club's activities include hosting the annual Oktoberfest in the food court, field trips to restaurants, German cultural events, and special programs after school to expose the student body and staff to the German heritage.

## JAZZ ENSEMBLE AND JAZZ LAB BAND
Jazz auditions are held in the early fall. It should be understood that it is a privilege to be in the ensembles, thus it is the discretion of the director to choose/remove participants. Wind, keyboard, and set players must belong to the band. Bass players must belong to either the band or orchestra. These select ensembles perform throughout the area and travel to university and state festivals and competitions. The Munster High School Jazz Ensemble has been named Outstanding Ensemble at the Millikin University Jazz Festival and the first place band at the Peach Bowl Jazz Festival. They have

received class awards at the Eastern Illinois University and Augustana College Jazz Festivals and have consistently received Superior ratings at the state level of the Indiana State School Music Association Jazz Festival.

## MUSTANG READ AND WHITE BOOK CLUB

The purpose of the book club is to create a reading-friendly environment and motivate students to continually develop and strengthen their reading skills.

## MUNSTER THEATRE COMPANY

The Munster Theatre Company (MTC) is the producing organization for all theater productions based at Munster High School. MTC usually produces three to four productions during the school year. The season may vary from year to year depending on the talent pool of the members of Theatre Company. This may include a novice play, a fall play or musical, a winter play and the spring musical. All auditions are open and there are many non-performing opportunities for a variety of technical/productions staff positions, including solo student directing opportunities. Our "sister" organization is the Auditorium Staff, which makes up the other major part of the Theatre Arts at Munster. Participation is encouraged in both organizations, and by taking choral, drama and stagecraft classes offered during the school day. Theatre Company works with many other school organizations in the fine and performing arts fields. Theater represents one activity that brings together a wide variety of technical and artistic disciplines into a single venture. Our main goal is to produce quality productions on par with the many fine regional theater groups in the area. The achievements in Theatre Company are celebrated at the EQUUS AWARDS ceremony at the end of the school year. Website: www: munaud.org.

## ORCHESTRA

Orchestra is available to students who play a string instrument (violin, viola, cello, bass). Orchestra students participate in concerts; public performances, district and state contests, organizational contests, and the annual spring musical. Students may also have an opportunity to participate in small ensembles such as string quartets, trios, and duets.

## PING-PONG CLUB

The purpose of the Ping-Pong club is to introduce students to the game of ping-pong on various levels. Students will become familiar with the equipment and rules of the game. Members are scheduled to meet once a week and play in round robin matches. Students vary in abilities from beginner to advanced and can play in singles and/or doubles matches.

## POETRY CLUB

Poetry club intends to improve writing and public speaking abilities as well as boost confidence in students. The club will use these talents to expand creative horizons across the club and, in turn, across the school.

## PROJECT X

Project X is a service organization geared toward helping local organizations help the needy. Past projects have included working at a food pantry, a soup kitchen, organizing a blanket drive to benefit the homeless, and raise money to help a local shelter for domestic violence. The primary purpose is to help directly rather than through fund raising.

## PUBLICATIONS

Students interested in journalism should consider enrolling in Journalism 2 and 3 Honors and working on either the staff of the Crier, the school newspaper; or the Paragon, the school yearbook. Journalism 1 is required for staff membership. The Crier and the Paragon have received national recognition as excellent school publications and have received special honors. The Crier has earned consecutive Gold and Silver Crown Awards for the last 16 years from Columbia Scholastic Press Association for ranking as one of the top high school newspapers across the nation, as well as National Scholastic Press Association's Pacemaker and Quill and Scroll's top Gallup honors. The Paragon has earned consecutive CSPA Gold Crown Awards for *27 of the last 28* years, ranking the yearbook in the top one percent of all high school yearbooks across the nation. Both publications have earned Hoosier Stars as the best school publications in Indiana for schools in the large school enrollment division by the Indiana High School

Press Association. Top editors travel to state and national conventions to compete in journalistic writing and design skills.

## ROBOTICS CLUB
Students interested in robotics should consider joining the Robotics club. This club is designed to provide students with the opportunity to gain experience with robotics by providing resources that otherwise would be unobtainable by the majority of the student population. The clubs interests are dedicated to the programming and building of robotics.

## S.A.D.D. (STUDENTS AGAINST DESTRUCTIVE DECISION)
The Purpose of this club is to educate and promote the awareness of all forms of destructive decision making, such as drug & alcohol use and/or any activity the could harm oneself or others. Students are encouraged to speak to their peers and to be a positive example.

## SPANISH CLUB
Spanish Club is for all students interested in learning more about the Spanish culture in a non-classroom situation. Past activities have included field trips to restaurants and museums in the Chicagoland area, attendance at special Spanish cultural events, and after school programs and celebrations of important Spanish holidays.

## SPEECH AND DEBATE
The Speech and Debate Team is an organization for all students who wish to enhance their speaking and/or acting skills by competing in speech and debate contests throughout the state and national levels. Speech competition events include Drama, Humor, Prose, Poetry, Duo and Oratorical Interpretation, Extemporaneous speaking, Impromptu, Discussion, Radio, Original Performance and Original Oratory. Debate competition events include Lincoln-Douglas Debate, Policy Debate, Public Forum Debate and Congress. This nationally known team has won eight state championships and consistently captures one of the top twenty rankings at the national tournament. Students who acquire a certain number of points through competition are eligible to join the National Forensic League, an honorary organization for speakers.

## S.T.A.N.D. CLUB (SOCIALLY TOGETHER AND NATURALLY DIVERSE)
Stand club will create an environment where students feel safe and supported. The intended outcome for the club is for the students to feel comfortable whether they are in school, a store, a city or even just at home. Everyone is unique and has something to offer.

## STUDENT GOVERNMENT
The Student Government is an elective body made up of student representatives. Elections are held in the spring with the exception of the freshman class who elects their representatives to the senate in the fall. The purpose of the Student Government is to give students a voice in the school, promote democracy, foster school spirit, engage in worthwhile endeavors for the benefit of the entire school body, and be a channel for communication between the student body and the teaching staff and administration. Any student who desires to be in Student Government may run for office. The Student Government is led by the Student Body President and Vice-President, who are chosen through an all-school election. A secretary-treasurer is elected by the members of Student Government from its membership.

## WE THE PEOPLE
The "We the People" program was developed in 1987 by the United States Department of Education and by act of Congress in order to foster a citizenry that is both actively engaged and well informed. The Munster program focuses on the history, philosophy, and implementation of the United States Constitution as well as civil rights and liberties. The course, while offered during the school day also entails some after school practices and work with legal experts throughout the community. Students are required to participate in the competitive Congressional District meet as well as the State and National meets when qualified.

## HONORARY ORGANIZATIONS

### NATIONAL FORENSIC LEAGUE
The NFL is a national honorary organization composed of students in speech and debate who have earned a minimum of twenty-five NFL points in competition.

### NATIONAL HONOR SOCIETY
Juniors and seniors with a minimum grade point average of 3.25 are invited to become members of this honorary organization based on scholarship, character, service and leadership. Induction of new members is held each spring. Service and leadership points are earned through participation in school and community activities. At least one half of the points earned must be in Munster High School extracurricular programs. Once inducted, members must earn 15 points to stay active and receive the gold NHS tassel at graduation. Members tutor MHS students, perform community service, help with fund-raisers, and attend meetings for points.

### QUILL AND SCROLL
The Quill and Scroll is an international high school journalism honorary organization. Students are selected on the basis of outstanding service to the Munster High School Journalism Department. They must also rank academically in the top third of their class.

### THESPIAN TROUPE #2861
The Thespian Troupe is an honorary society made up of students elected for their participation in the productions presented by the Munster Theatre Company. A student must earn ten participation points, work on five-six productions, have two years of excellent participation and earned their Theatre Company varsity letter before the student can be invited to be a member.

## ATHLETIC HANDBOOK

### INTRODUCTION
This handbook and policy manual has been prepared to make information and suggestions readily available to you and to help make your athletic career at Munster High School more successful. Read this manual carefully and please share it with your parents. Our athletic department's goal is to accommodate the interests and abilities of student-athletes. By doing so, we hope to maximize interscholastic athletic opportunities for the greatest number of participants. Twenty-one different athletic activities are available for Munster High School students, and we hope that all of our students can benefit from participation in one or more of these activities. We believe that participation in athletics is an important part of a student's development. Through participation students may develop many lifelong skills and positive values. These values include cooperation, leadership, healthful living habits, self-discipline, integrity, teamwork, respect for rules and regulations, and the ability to win and lose with grace and dignity. Our students must remember that participation in the athletics program is a privilege. Participants must give extra effort and time. Students have the privilege of participating in an organized program of special interest for which the school provides coaches, equipment, and facilities. In return, students are asked to meet certain expectations beyond those found in the traditional classroom setting. Your presence on an athletic squad draws the focus of public attention to you as a representative of Munster High School. It is imperative that our student-athletes conduct themselves in a responsible manner. This sense of responsibility extends to the activity as well as to conduct inside and outside school. A student-athlete must be responsible in the athletic arena, in the classroom, at home, and in public. One must always display mature, responsible behavior. An athlete must assume his or her share of this responsibility and if that is done, Munster High School athletes will be respected everywhere as champion citizens and athletes. Munster High School has a great athletic tradition. Many All-State and All-American performers come through our doors. We have had state champions and we will have more. Your decision to participate on an athletic team at Munster High School indicates that you are willing to make a commitment to uphold the fine tradition and to make your own tradition. Athletic participation at Munster High School serves as an integral part of a student's educational experience. Experiences gained through athletic participation contribute greatly to the social, emotional, and intellectual development of the student. It is our belief that athletics provides an avenue for students to become better citizens. Munster High School's athletic program is administered under the guidelines and jurisdiction of the Indiana High School Athletic Association, the *Northwest Crossroads Conference* and the Administration and Board of Education of the School Town of Munster.