# GSA Proposal

**Destiny Sabo**
**Sponsor – Ms. Peggy Matanic**
**September 27, 2013**



## Proposal of starting a GSA club at Munster High School

**Preamble**

The GSA will provide a place for members of the gay, lesbian, bisexual, transgender and allied community to meet and provide social, emotional and education support to one another. The GSA will provide this space within the school but also for the community at large. The GSA will allow students to have a place to feel safe and mutually supported and will serve as an educational organization by raising awareness of issues impacting the community.

**Article I- Name**

The organization shall be known as the Gay Straight Alliance of Munster High School.

**Article II- Membership & Attendance**

The meetings, activities and functions involving the GSA will be available to anyone willing to maintain the safe atmosphere that we strive for. Anyone who attends Munster will be able to be a member of the club.

**Article III- Officers & Terms**

Section 1: Elected officers & terms

Positions available will be a President, Vice-President, Treasurer, and Secretary; all of these positions will be in term for 1 academic year.

Section 2: Description of Duties

Faculty Advisor: The Faculty Advisor will be a liaison between the club and the faculty, staff and community. The Faculty Advisor will provide assistance with fundraising, event coordination and club organization. Any decision to remove an officer will be decided by the Faculty Advisor.

President: The President is the spokesperson for the club and is expected to attend all meetings. The President must show exemplary leadership qualities. The President will be the one to appoint all positions, oversee all meetings, and distribute the agenda.

Vice President: As the President the Vice President will be expected to attend every club function. The Vice President will also oversee all meetings. If for some reason the President has to step down the Vice President will fill in.

Treasurer: The duties of the Treasurer are to keep accurate records of funds within the group. They will keep all receipts and make accurate accounting of all monies at the beginning of each meeting.

Secretary: The Secretary is expected to attend all general and officer meetings and keep minutes for both. Copies of the general meeting minutes are to be made available for club members and Faculty Advisor.

### Article IV - Meeting

The Gay Straight Alliance will meet weekly in a designated place.

### Article V – Changes to Constitution

A two-thirds vote of members present is necessary to pass any amendments to this constitution.

### Article VI – Policy Procedures for attending conferences

If the GSA is providing funding for the conferences all GSA students have access to the funds for attending the conferences. 2/3 members present must agree to the spends of monies. Any GSA money spent not GSA related will be repaid fully, and appropriate action will be taken.

### Article VII – Academic/Behavioral standing

All participants of the Gay Straight Alliance will be expected to maintain a good academic standing and behavioral standing.

### Article VIII – Intended outcome

The outcome that is intended by the GSA club is to form unity in the gay and straight community within the school.

### Article IX – Participation

Those involved in the GSA will be expected to come to more than one meeting a month. The meetings will consist of activities and icebreakers to get to know others on a more personal level.