UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GAY-STRAIGHT ALLIANCE OF MUNSTER HIGH SCHOOL, an unincorporated association; DESTINY SABO; R.B., a minor child by her mother and next friend, Karolyn Bishop, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CAUSE NO.: 1:14-cv-172 ) |
| THE SCHOOL TOWN OF MUNSTER; PRINCIPAL OF MUNSTER HIGH SCHOOL, in his official capacity, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Come now Defendants SCHOOL TOWN OF MUNSTER and PRINCIPAL OF MUNSTER HIGH SCHOOL in his official capacity, by counsel Crist, Sears & Zic, LLP, and notify the Court that the parties have tentatively resolved all issues in this case and anticipate filing the appropriate documentation with the Court within forty-five (45) days. As a result, the parties respectfully request that all dates and deadlines be vacated.

Respectfully submitted,

/s/ Jacquelyn S. Pillar King
Michael D. Sears, #2108-45
Jacquelyn S. Pillar King, #25051-64
Crist, Sears & Zic, LLP
9245 Calumet Avenue, Suite 200
Munster, Indiana 46321
(219) 836-0200  phone
(219) 836-2544  fax
Attorneys for Defendants School Town of Munster and
Principal of Munster High School, in his official capacity

## **CERTIFICATE OF SERVICE**

      I certify that on the 23rd day of July, 2014, service of a complete copy of this filing was made upon each party or attorney of record herein either via the ECF system or by depositing the same in the United States Mail, first class mail, with sufficient postage affixed.

                                  /s/ Jacquelyn S. Pillar King