UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GAY-STRAIGHT ALLIANCE OF MUNSTER HIGH SCHOOL, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:14-cv-172 TLS-RBC ) |
| THE SCHOOL TOWN OF MUNSTER, *et al.*, | ) ) |
| Defendants. | ) |

**Notice of Voluntary Dismissal**

Plaintiffs, pursuant to Rule 41(a)(1)(A)(i), file their Notice of Voluntary Dismissal of this action.

WHEREFORE, plaintiffs file their Notice of Voluntary Dismissal.

/s/ *Kenneth J. Falk*
Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org


Chase Strangio
*Pro Hac Vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212/549-2627
fax: 212/549-2650
cstrangio@aclu.org

Attorneys for Plaintiffs

## Certificate of Service

I certify that a copy of the foregoing was filed electronically on this 22nd day of August, 2014. The following parties will be served by operation of the Court's electronic system.

Michael D. Sears
Jacquelyn S. Pillar King
CRIST SEARS & ZIC, LLP
msears@cszlegal.com
jking@cszlegal.com

*/s/ Kenneth J. Falk*
Kenneth J. Falk
Attorney at Law